IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JUDY N. BROCK,                          :
*individually and on behalf*            :
*of a class of others*                  :
*similarly situated*,                   :
    Plaintiffs,
 
                                    :
vs.                                     :          CIVIL ACTION 14-324-WS-M
                                    :
RESURGENT CAPITAL                       :
SERVICES, LP, *et al.,*                 :
    Defendants.       :

ORDER

After reviewing the parties' Report of Parties'
Planning Meeting (Doc. 26), and after holding a Rule 16(b)
Scheduling Conference this date with counsel for the
parties, by telephone, the Court concludes, and counsel
agree, that a Rule 16(b) Scheduling Order will not be
entered at this time, giving the the Eleventh Circuit time
to rule on Defendants' Emergency Motion for Stay of the
Mandate Pending Petition for Writ of Certiorari in *Crawford
v. LVNV Funding, LLC,* 758 F.3d 1254, 1254 (11th Cir. 2014).
Counsel expect a ruling not later than **October 31, 2014,**
after which this Court will hear from counsel again by
phone and then enter a Rule 16(b) Scheduling Order, if
necessary.  The issue to decide is whether to conduct
discovery on individual claims and decide if those claims

are good first or conduct discovery on both individual and class claims at the same time.

DONE this 16th day of October, 2014.

s/ BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE