# IN THE UNITED STATES DISTRICT COURT FOR
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JUDY N. BROCK, and DONALD CUNNINGHAM individually and on behalf of a class of others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>RESURGENT CAPITAL SERVICES, LP and LVNV Funding, LLC, )<br><br>Defendants. ) | Civil Action No. 1:14-cv-00324-WS-M |

## PLAINTIFFS' NOTICE OF DISCOVERY MATERIAL AND CERTIFICATE OF SERVICE

**COME NOW** Plaintiffs, Judy N. Brock and Donald Cunningham in the above referenced matter and gives **NOTICE** of the service of the following:

- *Plaintiffs' Initial Disclosures.*

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Underwood & Riemer, P.C.
Attorney for Plaintiffs and Proposed Class
21 South Section Street
Fairhope, AL 365832
Telephone: 251-990-5558
Email: epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of Plaintiffs' Initial Disclosures has been served by electronic mail or by United States Mail, properly addressed and first class postage prepaid, on this the 7th day of November, 2014, on the following parties:

| | |
|---|---|
| Derek W. Edwards<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Todd R. Hambidge<br>511 Union St., Suite 2700<br>Nashville, TN 37219 |

Larry B. Childs
Waller Lansden Dortch & Davis, LLC
AmSouth Harbert Plaza
1901 Sixth Avenue North, Suite 1900
Birmingham, AL 35203

                                                  s/ Earl P. Underwood, Jr.
                                                  Earl P. Underwood, Jr.