IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUDY N. BROCK, and DONALD CUNNINGHAM individually and on behalf of a class of others similarly situated,** ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 1:14-cv-00324-WS-M |
| ) | |
| vs. ) ) | |
| **RESURGENT CAPITAL SERVICES, LP and LVNV Funding, LLC,** ) ) ) | |
| Defendants. ) | |

### PLAINTIFFS' NOTICE OF DISCOVERY MATERIAL AND CERTIFICATE OF SERVICE

**COME NOW** Plaintiffs, Judy N. Brock and Donald Cunningham in the above referenced matter and gives **NOTICE** of the service of the following:

- *Plaintiffs' Notice of 30(B)(6) Deposition of Resurgent Capital Services, LP; and*

- *Plaintiffs' Notice of 30(B)(6) Deposition of LVNV Funding, LLC.*

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.  (UNDEE6591)
Underwood & Riemer, P.C.
One of the Attorneys for Plaintiffs and Proposed Class
21 South Section Street
Fairhope, AL 365832
Telephone: 251-990-5558
Email: epunderwood@alalaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the aforementioned has been served by electronic mail or by United States Mail, properly addressed and first class postage prepaid, on this the 26th day of May, 2015, on the following parties:

Derek W. Edwards  
511 Union Street, Suite 2700  
Nashville, TN 37219

Todd R. Hambidge  
511 Union St., Suite 2700  
Nashville, TN 37219

Larry B. Childs  
Waller Lansden Dortch & Davis, LLC  
AmSouth Harbert Plaza  
1901 Sixth Avenue North, Suite 1900  
Birmingham, AL 35203

                      s/ Earl P. Underwood, Jr.  
                      Earl P. Underwood, Jr.