# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| JUDY N. BROCK and DONALD CUNNINGHAM individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES, L.P. and LVNV FUNDING, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-00324-WS-M <br> ) <br> ) Chief Judge William H. Steele <br> ) Magistrate Judge Bert W. Milling, Jr. <br> ) <br> ) <br> ) |

## JOINT MEDIATION REPORT

Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC and Plaintiffs Judy N. Brock and Donald Cunningham, by and through their respective undersigned counsel, and pursuant to this Court's Order dated November 18, 2014 [D.E. 29], respectfully submit the within Joint Mediation Report, stating as follows:

The parties have engaged in preliminary settlement discussions.

The parties believe that the potential for a negotiated resolution of this action is possible, but do not believe that participation in ADR would be productive and beneficial to the parties' settlement efforts at this time.

4834-1463-0437

Respectfully submitted,


s/Derek W. Edwards
Derek W. Edwards (TN BPR No. 021455)
(Admitted *Pro Hac Vice*)
Todd R. Hambidge (TN BPR No. 028671)
(Admitted *Pro Hac Vice*)

WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee  37219-8966
Telephone:  (615) 244-6380
Facsimile:   (615) 244-6804
Email:         derek.edwards@wallerlaw.com
                   todd.hambidge@wallerlaw.com

Larry B. Childs (ASB No. 9113-C58L)
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203-2623
Telephone:  (205) 226-5701
Facsimile:   (205) 214-8787
Email:         larry.childs@wallerlaw.com

*Attorneys for Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC*

4834-1463-0437

s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr., Esq.
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama 365832
Telephone: (251) 990-5558
Facsimile: (251) 990-0626
Email: epunderwood@alalaw.com

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama 36633
Telephone: (251) 432-9212
Facsimile: (251) 990-0626
Email: kriemer01@gmail.com

*Attorneys for Plaintiffs Judy N. Brock and Donald Cunningham*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on July 10, 2015, a copy of the foregoing was served via first-class mail, postage prepaid, on:

> Earl P. Underwood, Jr., Esq.
> Underwood & Riemer, P.C.
> 21 South Section Street
> Fairhope, Alabama 365832
> Telephone: (251) 990-5558
> Facsimile: (251) 990-0626
> Email: epunderwood@alalaw.com
>
> Kenneth J. Riemer, Esq.
> P.O. Box 1206
> Mobile, Alabama 36633
> Telephone: (251) 432-9212
> Facsimile: (251) 990-0626
> Email: kriemer01@gmail.com

>                                  s/Derek W. Edwards
>                                  Derek W. Edwards (TN BPR No. 021455)
>                                  (Admitted *Pro Hac Vice*)
>                                  Todd R. Hambidge (TN BPR No. 028671)
>                                  (Admitted *Pro Hac Vice*)
>
>                                  WALLER LANSDEN DORTCH & DAVIS, LLP
>                                  Nashville City Center
>                                  511 Union Street, Suite 2700
>                                  Post Office Box 198966
>                                  Nashville, Tennessee 37219-8966
>                                  Telephone: (615) 244-6380
>                                  Facsimile: (615) 244-6804
>                                  Email: derek.edwards@wallerlaw.com
>                                             todd.hambidge@wallerlaw.com

Larry B. Childs (ASB No. 9113-C58L)
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203-2623
Telephone: (205) 226-5701
Facsimile: (205) 214-8787
Email: larry.childs@wallerlaw.com

*Attorneys for Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC*

4834-1463-0437