### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### MOBILE DIVISION

| | |
|---|---|
| JUDY N. BROCK and DONALD CUNNINGHAM individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES, L.P. and LVNV FUNDING, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-00324-WS-M ) ) Chief Judge William H. Steele ) Magistrate Judge Bert W. Milling, Jr. ) ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of the Plaintiff's individual claims with prejudice, and claims of putative class members without prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr., Esq.
Kenneth J. Riemer
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama  36532
Telephone:    (251) 990-5558
Facsimile:     (251) 990-0626
Email: epunderwood@alalaw.com

*Attorneys for Plaintiffs Judy N. Brock and Donald Cunningham*

4837-3544-5578.1

s/Derek W. Edwards (*with express consent*)
Derek W. Edwards (TN BPR No. 021455)
(Admitted *Pro Hac Vice*)
Todd R. Hambidge (TN BPR No. 028671)
(Admitted *Pro Hac Vice*)

WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee  37219-8966
Telephone:     (615) 244-6380
Facsimile:      (615) 244-6804
Email:  derek.edwards@wallerlaw.com
             todd.hambidge@wallerlaw.com

Larry B. Childs (ASB No. 9113-C58L)
Charles Walton Prueter (ASB No. 7968-B113A)

WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203-2623
Telephone:     (205) 226-5701
Facsimile:      (205) 214-8787
Email:  larry.childs@wallerlaw.com
             charles.prueter@wallerlaw.com

*Attorneys for Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        s/Earl P. Underwood, Jr.