IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONALD CUNNINGHAM, etc.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0324-WS-M |
| | ) |
| **RESURGENT CAPITAL SERVICES,** | ) |
| **LP, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In accordance with the parties' joint stipulation, (Doc. 82), this action is **dismissed with prejudice** as to the named plaintiff and **dismissed without prejudice** as to each putative class member, each party to bear its own attorneys' fees and costs.

DONE and ORDERED this 7th day of June, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE